UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEANETTE A. WALKER-COSBY     Chapter 13

Debtor     Bankruptcy No. 16-17669-AMC

## Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this  28th  day of  May , 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
STANLEY E. LUONGO JR
LUONGO BELLWOAR LLP
126 WEST MINER ST
WEST CHESTER, PA 19382-

Debtor:
JEANETTE A. WALKER-COSBY

1342 TOWNSEND STREET

CHESTER, PA 19013