United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 16-17669-amc
Jeanette A. Walker-Cosby                                            Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey               Page 1 of 2           Date Rcvd: May 28, 2019
                              Form ID: pdf900            Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2019.
```
db              +Jeanette A. Walker-Cosby,    1342 Townsend Street,    Chester, PA 19013-2441
13816936        +Acceptance Now,    5200 Brandywine Parkway,    Wilmington, DE 19803-1469
13857646         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13953963        +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                  Tucson, AZ 85712-1083
13816939        +KML Law Group, P.C.,    701 Market Street, Suite 5000,    BNY Independence Center,
                  Philadelphia, PA 19106-1541
13816938        +Kmart,    330 S. Warminster Road, Suite 353,    Hatboro, PA 19040-3433
13861800        +U.S. Bank National Association (Trustee for the Pe,     PFHA Loan Servicing,
                  211 North Front Street,    Harrisburg, PA 17101-1406
13816943        +Verizon,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
13881338        +Wells Fargo Bank,    PO Box 5058 Mac P6053-021,    Portland, OR 97208-5058
13816944        +Wells Fargo Bank NV,    Attn: Deposits,    Bankruptcy MAC# P6103-05K,    P.O. Box 908,
                  Portland, OR 97207-0908
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov May 29 2019 02:53:11     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 29 2019 02:52:49
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 29 2019 02:53:00      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 12:08:48      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13816937        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 29 2019 02:59:31      Capital One/Justice,
                  P.O. Box 71106,    Charlotte, NC 28272-1106
13816940        +E-mail/Text: bncnotices@becket-lee.com May 29 2019 02:52:30      Kohl's,    P.O. Box 2983,
                  Milwaukee, WI 53201-2983
13880238        +E-mail/Text: bankruptcydpt@mcmcg.com May 29 2019 02:52:51      Midland Funding LLC,
                  PO Box 2011,    Warren MI 48090-2011
13872898        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2019 02:59:34
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13816941        +E-mail/Text: blegal@phfa.org May 29 2019 02:52:53      Pennsylvania Housing Finance Agency,
                  211 North Front Street,    Harrisburg, PA 17101-1406
13816942         E-mail/Text: appebnmailbox@sprint.com May 29 2019 02:52:51      Sprint,    6391 Sprint Parkway,
                  Overland Park, KS 66251
                                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                  Tucson, AZ 85712-1083
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2019 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
```

```
District/off: 0313-2           User: Stacey              Page 2 of 2                  Date Rcvd: May 28, 2019
                               Form ID: pdf900           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
         PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
        STANLEY E. LUONGO, JR.    on behalf of Debtor Jeanette A. Walker-Cosby
         stan.luongo@luongobellwoar.com,  nicole.werner@luongobellwoar.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                  TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JEANETTE A. WALKER-COSBY                                   Chapter 13

Debtor                    Bankruptcy No. 16-17669-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

  **AND NOW**, this __28th__ day of __May__, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

  **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
STANLEY E. LUONGO JR
LUONGO BELLWOAR LLP
126 WEST MINER ST
WEST CHESTER, PA 19382-


Debtor:
JEANETTE A. WALKER-COSBY

1342 TOWNSEND STREET

CHESTER, PA 19013